UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Principal Life Insurance Company,                           Civil No. 07-3771 (PAM/JSM)

           Plaintiff,

v.                                                                                  **ORDER**

Christine D. Goar,

           Defendant.

---

On October 23, 2007, Plaintiff Principal Life Insurance Company filed a Notice of Voluntary Dismissal stating that dismissal with prejudice was warranted. Defendant Christine D. Goar has neither served an answer nor filed a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), **IT IS HEREBY ORDERED** that:

1. The claims asserted by Plaintiff Principal Life Insurance Company are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   October 25, 2007

                                               *s/ Paul A. Magnuson*
                                               Paul A. Magnuson
                                               United States District Court Judge